Steven A. Simons, Esq. [S.B. #131410]
*LAW OFFICE OF STEVEN A. SIMONS*
P.O. Box 33623
Granada Hills, CA 91394
16933 Parthenia St., Ste. 202
Northridge, CA 91343
Tel: (818) 368-9642
Fax: (818) 975-5032
E-Mail: simonslaw@verizon.net

Attorney for Plaintiff
John Otkosov

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OTKOSOV, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>CHASE BANK, N.A.; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:17-cv-04824 RGK (MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court GRANTS the joint motion, and DISMISSES the action WITH PREJUDICE. Each party shall bear his or its own attorneys' fees costs and expenses.

IT IS SO ORDERED.

August 18, 2017

_____

Judge R. Gary Klausner

UNITES STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 16933 Parthenia St. Suite 202., Northridge, CA 91343.

    On August 17, 2017, I served the foregoing document(s) described as: **STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**, on the interested parties in this action as follows:

Julieta Stepanyan, Esq.<br>
Stroock & Stroock & Lavan LLP<br>
2029 Century Park East, 18th Floor<br>
Los Angeles, CA 90067<br>
E-Mail: jstepanyan@stroock.com

☐ (VIA U.S. MAIL) In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepared, for collection and mailing on this same date following ordinary business practices, addressed as listed in the attached service list.

X (VIA E-MAIL) Based on a court order or an agreement of the parties to accept service oy e-mail., I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list.

    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on August 17, 2017, at Los Angeles, California

                                               /S/

_____       _____
Steven A. Simons, Esq.

[Print Name]                                [Signature]